ANNA M. LORD ET AL., PLAINTIFFS IN ERROR, v. THE MAYOR, &c., OF BAYONNE, DEFENDANTS IN ERROR.

Argued December 3, 1900—Decided March 4, 1901.

On error.

For the plaintiffs in error, *Van Buskirk & Parker.*

For the defendants in error, *James Benny.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by Mr. Justice Dixon in that court. *Ante p.* 127.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, VAN SYCKEL, FORT, GARRETSON, BOGERT, KRUEGER, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES. 11.

*For reversal*—None.